# PETER W. SMITH LAW LLC

D/F

Peter W. Smith
PWSMITH@PWSMITHLAW.COM

May 9, 2017

**BY ECF**

Judge Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Aaron Consulting Company, LLC v. Events.org*, 16-cv-6775 (NGG) (VMS)
      REQUEST FOR EXTENSION OF MOTION DATES

Dear Judge Garaufis:

I represent SNAP Solutions LLC ("SNAP"), which owns and operates the website named as the Defendant, Events.org. I write to request a two-week extension of the dates set forth in the Clerk's April 19, 2017 Minute Entry, following the Pre-motion Conference that day for Defendant's anticipated motion to dismiss.

1. The original deadlines for the motion were as follows: Defendant shall serve its motion by May 10, 2017; Plaintiff shall serve its response by May 31, 2017; Defendant shall serve its reply, if any, and file the fully briefed motion by June 9, 2017.

2. This is the first request for an extension of those dates.

3. Plaintiff's counsel consents to this request.

4. The requested extensions will not affect any other scheduled dates in this case.

5. The new deadlines for the requested extension are as follows: Defendant shall serve its motion by May 24, 2017; Plaintiff shall serve its response by June 14, 2017; Defendant shall serve its reply, if any, and file the fully briefed motion by June 23, 2017.

I thank the Court and its staff for their continued attention to this matter.

Respectfully submitted,

Peter W. Smith

Application granted.
So ordered.
s/ Nicholas G. Garaufis
5/10/17

cc: Plaintiff's counsel by ECF

1501 BROADWAY, 12TH FLOOR, NEW YORK, NEW YORK 10036
(917) 830-5373 PHONE | (212) 202-5373 FAX