

# INVOICE

**377 5th Street**
Brooklyn, NY 11215

+1 (718) 965-3344

| CUSTOMER |
|---|
| Kristin DiFoglio |
| Vide President of Development |
| American Lung Association in New York |
| 116 John Street, 30th Floor |
| New York, NY 10038-3300 |

| INVOICE NO. |
|---|
| 1210 |

| DATE |
|---|
| 04/16/10 |

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|---|---:|
| Fundraising Event Management | |
| The Life and Breath Awards Gala | |
| Electronic Auction - ibidmobile.net | 2,000.00 |
| Metered Postage | 412.06 |

| | |
|---:|---:|
| **TOTAL** | $2,412.06 |
| **PAYMENTS** | $-2,412.06 |
| **BALANCE DUE** | $0.00 |