
April 14, 2010

Linda Stutz
The Children's Village
Echo Hills
Dobbs Ferry, NY 10522

Dear Linda:

Take your charity auction to the next level with a fully-staffed, wireless auction from ibidmobile.net. Your guests will love our fun, fast-paced iPad and mobile phone bidding system. Your staff will love the way our professional staff manages your auction before, during, and after your event.

**More Fun, More Bids, More Money** The ibidmobile.net bidding system adds excitement to your event. Our iPad Valets circulate to help your guests bid, using iPads that beautifully display your entire catalog in vivid color. Our interactive technology keeps your guests engaged throughout your event, while our iPad Valets encourage increased bidding.

**Less Hassle** Silent auctions are a popular way to raise extra funds at a charity event. But they are a lot of work to manage. At ibidmobile.net, we make it much easier for your staff and volunteers. Your organization solicits donations and decorates the auction tables. We take care of the rest.

**How It Works** Before your event, we write the auction catalog, post an online preview and email it to your guests—so they come ready to bid. When guests arrive, our registration team provides a bidder number (and table number for seated affairs) in seconds. Now your guests are ready to start bidding. Our iPad Valets circulate help them bid on any items. Top bids are posted instantly to every iPad as well as an electronic leader board. Outbid notices are sent automatically to mobile phones so guests can rebid anywhere, anytime.

Your auction stays open longer because no extra time is needed to account for all the winners. At closing, winners are posted immediately and the checkout desk opens. Winners pay by cash, check, or credit card and take their claim checks to your staff or volunteers to receive their lots. We even follow up after the event with any winner who doesn't check out at the event. After your event, we will provide comprehensive reports and bidding data to help identify potential donors and to easily figure out which lots should be pursued for your next auction.

**What It Costs** At ibidmobile.net, we charge a flat fee for our service based on the number of guests. The base price is $2,495, which includes registration for up to 500 guests plus $275 per iPad Valet. There are typically one iPad Valet for every 25 to 30 guests. We supply all required equipment, including registration computers, servers, WiFi, and iPads. We also supply video feeds for the leader and winner displays, so you can use your existing screens.

Call us for more information or to arrange a demonstration. Once you experience an ibidmobile.net auction, you will never want to see a bid sheet again.

Sincerely,

Todd Wiener
Chief Executive Officer



**aaron**
consulting
company

377 5th Street
Brooklyn, NY 11215

+1 (718) 965-3344

# INVOICE

| CUSTOMER |
|---|
| The CV Institute<br>Dobbs Ferry, NY 10522 |

| INVOICE NO. |
|---|
| 1214 |

| DATE |
|---|
| 05/06/10 |

| TERMS |
|---|
|  |

| DESCRIPTION | AMOUNT |
|---|---|
| Mobile Event Campaign - textgiving.com<br>Circle of Friend's Dinner \| 6 May 2010 | 4,000.00 |
| Silent Auction (Up to 68 Lots) - ibidmobile.net<br>Circle of Friend's Dinner \| 6 May 2010 | 4,250.00 |
| Cutomer Loyalty Discount | -750.00 |
| Multiple Campaign Discount | -1,000.00 |

| | |
|---|---|
| **TOTAL** | $6,500.00 |
| **PAYMENTS** | $-6,500.00 |
| **BALANCE DUE** | $0.00 |