# Invoice

Auctions by ibidmobile.net

**ibidmobile.net**

| | | |
|---|---|---|
| **From** | **Date** | |
| ibidmobile.net | Apr 24 2017 | |
| 81 Prospect Street | **Invoice No.** | |
| Brooklyn NY 11201 | IN-0162 | |
| United States of America | | |
| **To** | **Invoice Due** | PAID |
| Bideawee | May 08 2017 | **USD 4,165.00** |
| 410 East 38th Street | | Due USD 0.00 |
| New York NY 10016 | | |
| United States of America | | |

| Description | Quantity | Rate | Amount (USD) |
|---|---|---|---|
| ibidmobile.net | Gala Package<br>Installment 2 of 2 | 1 | 4,165.00 | 4,165.00 |

Event: Bideawee Ball 2017
Date: Mon 22 May 2017
Venue: The Pierre

| | |
|---|---|
| Subtotal | 4,165.00 |
| Paid | (4,165.00) |
| **Total Due (USD)** | **0.00** |

**Phone**: +1 (877) 824-4324    **Email**: finance@ibidmobile.net    **Web**: http://ibidmobile.net